UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81115- CIV-HURLEY
(CASE NO. 03-80029-CR-HURLEY)

**RODNEY TAYLOR,**

     **Movant,**

**v.**

**UNITED STATES OF AMERICA,**

     **Respondent.**

_____/

### ORDER ADOPTING THE ANALYSIS IN THE
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the court upon the Movant's motion to vacate, set aside and correct sentence pursuant to 28 U.S.C. §2255 [DE #1], which was referred to Magistrate Judge James M. Hopkins for proposed findings and a recommended disposition.

Judge Hopkins filed his Report and Recommendation recommending that Movant's motion be *denied* for lack of jurisdiction. [DE #9]. Movant filed a pleading styled "Objections," but in essence requested a stay. [DE #10] Respondent file a response. [DE #11].

Because no substantive objections have been filed, the court "need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. *See Macort v. Prem, Inc.*, 208 Fed. App'x 781, 784 (11th Cir. 2006), and cases cited *infra*. Having undertaken this review, the Court finds that the Magistrate Judge's findings and recommendations to be essentially sound and well reasoned. The analysis is correct but the proper disposition is that the Movant's complaint must be *dismissed* for lack of jurisdiction.

It is therefore **ORDERED** and **ADJUDGED**:

1. The analysis in the Report and Recommendation [DE # 9] is hereby **APPROVED AND ADOPTED** in full.

2. Pursuant to Rule 58, the Court will enter Final Judgment by separate order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 26rd day of August 2016.

_____
Daniel T. K. Hurley
United States District Judge

Copies furnished to:
Counsel for both parties